**UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.3.4
Eastern Division**

Kristina Drake, et al.
                                    Plaintiff,

v.                                                          Case No.: 1:20−cv−01574
                                                            Honorable Sunil R. Harjani

Chop Hospitality, LLC, et al.
                                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, April 5, 2022:

    MINUTE entry before the Honorable Sunil R. Harjani: Video hearing held on 4/5/2022. For the reasons stated on the record, Joint motion for approval of FLSA settlement and plaintiffs' unopposed motion for service awards, attorneys 9; fees and costs [158] is granted without objection. The parties are directed to submit an amended order to the court's proposed order email box. Oral argument held on Defendant James Lawrence's motion to vacate sanctions pursuant to Rule 60 of the Federal Rules of Civil Procedure. For the reasons stated on the record, Defendant's motion to vacate sanctions [161] is denied. The court directs the parties to meet and confer on the proper amount of attorneys' fees to award as sanctions and resolve it by 4/15/2022. If the parties cannot come to an agreement plaintiff's counsel is directed to file a fee petition on or before 4/22/2022; defendant Lawrence's response to the petition due by 4/29/2022. The court will issue its ruling via CM/ECF. Mailed notice (cn).


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.