# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

Kristina Drake, et al.

                      Plaintiff,

v.                                              Case No.: 1:20−cv−01574
                                                          Honorable Sunil R. Harjani

Matthew McCahill, et al.

                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, May 10, 2022:

      MINUTE entry before the Honorable Sunil R. Harjani: Agreed motion for voluntarily dismissal of Defendant James Lawrence [171] is granted. Pursuant to Federal Rule of Civil Procedure 41(a)(2), Defendant Lawrence is dismissed without prejudice, which will automatically convert to a dismissal with prejudice on 5/11/22, unless a party seeks relief from this order prior to that date. Since this motion resolves this action against the last remaining defendant, this civil case is deemed terminated. Mailed notice(lxs, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.